FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendant,
Steelman Partners, LLP

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIAYNA FORD, an individual | Case No: 2:21-00268-KJD-EJY |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| vs. | |
| STEELMAN PARTNERS LLP.; DOES I through X; and ROE Corporations XI through XX, inclusive, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

FISHER & PHILLIPS

By: /s/ Scott M. Mahoney, Esq.
Scott M. Mahoney, Esq.
300 S. Fourth Street #1500
Las Vegas. NV 89101
Attorney for Defendant

LAW OFFICES OF STEVEN H. BURKE, LLC

By: /s/ Steven H. Burke, Esq.
Steven H. Burke, Esq.
9205 W. Russell Road, Suite 240
Las Vegas, NV 89148
Attorneys for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: 6/15/2021

- 1 -

FP 40779139.1